1  Robert C. Weems (SBN 148156)
   WEEMS LAW OFFICES
2  769 Center Blvd., PMB 38
   Fairfax, CA  94930
3  Ph: (415) 881-7653
   Fx: (866) 610-1430
4  rcweems@weemslawoffices.com
5
   Attorney for Plaintiff
6

7

8                UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12 | TABITHA WINONA FALLSTEAD,       | Case No:  3:12-cv-00156-CRB
13 |         Plaintiff,              |
                                     | STIPULATION AND ORDER FOR
14 | v.                              | EXTENSION OF TIME
                                     | [Fed.R.Civ.P. 6]
15 | MICHAEL J. ASTRUE, Commissioner |
16 | of Social Security,             |
17 |         Defendant               |

18

19       WHEREAS, Counsel of Record Robert C. Weems requires additional time to draft

20  a summary judgment motion; and

21       WHEREAS, it is appropriate under the circumstances for counsel to be provided

22  with reasonable time to make such investigation as he deems necessary to satisfy his non-

23  delegable duties to the Court.  See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d

24  548, 558 (9th Cir.1986).

25       NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the

26  Court's approval, stipulate to a Thirty (30) days extension of all deadlines in this action.

27

28
                                        1
Stipulation and Order

SO STIPULATED AND AGREED:

For Plaintiff:
WEEMS LAW OFFICES

For Defendant:
MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel,
Region IX
Social Security Administration

/s/Robert C. Weems

Robert C. Weems, Attorney for Plaintiff

By: /s/ Lynn M. Harada

Special Assistant United States Attorney and Attorney for the Defendant (per e-mail)

SO ORDERED:

DATE: June 19, 2012

CHARLES R. BREYER
JUDGE OF THE UNITED STATES
DISTRICT

IT IS SO ORDERED
Judge Charles R. Breyer

2

Stipulation and Order