Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA  94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TABITHA WINONA FALLSTEAD,  Plaintiff, v. MICHAEL J. ASTRUE, Commissioner of Social Security,  Defendant | Case No:  3:12-cv-00156-CRB  STIPULATION AND ORDER FOR EXTENSION OF TIME [Fed.R.Civ.P. 6] |

WHEREAS, Counsel of Record Robert C. Weems requires additional time to draft a summary judgment motion; and

WHEREAS, it is appropriate under the circumstances for counsel to be provided with reasonable time to make such investigation as he deems necessary to satisfy his non-delegable duties to the Court.  See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir.1986).

NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the Court's approval, stipulate to a Thirty (30) days extension of all deadlines in this action.

1

Stipulation and Order

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | MELINDA L. HAAG |
| | United States Attorney |
| | DONNA L. CALVERT |
| | Acting Regional Chief Counsel, Region IX |
| | Social Security Administration |

/s/Robert C. Weems

Robert C. Weems, Attorney for Plaintiff

By: /s/ Lynn M. Harada

Special Assistant United States Attorney and Attorney for the Defendant (per e-mail)

SO ORDERED:

DATE: June 19, 2012

CHARLES R. BREYER
JUDGE OF THE UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Stipulation and Order

2