| | |
|---|---|
| 1 | MELINDA L. HAAG, CSBN 132612<br>United States Attorney |
| 2 | DONNA L. CALVERT, SBN IL 6191786<br>Acting Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>LYNN M. HARADA, CSBN 267616 |
| 4 | Special Assistant United States Attorney |
| 5 | 160 Spear Street, Suite 800 |
| 6 | San Francisco, California  94105<br>Telephone:  (415) 977-8977 |
| 7 | Facsimile:  (415) 744-0134<br>E-Mail: Lynn.Harada@ssa.gov |
| 8 | |
| 9 | Attorneys for Defendant |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABITHA WINONA FALLSTEAD,   ) | CIVIL ACTION NO.: 3:12-CV-00156-CRB |
| Plaintiff,   ) | |
| ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| v.   ) | FOR AN EXTENSION OF TIME |
| ) | |
| MICHAEL J. ASTRUE,   ) | |
| Commissioner of   ) | |
| Social Security,   ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment.  The new due date for Defendant's response will be October 18, 2012.  Defendant needs the additional time to further review the file and prepare a response in this matter due to a heavy workload despite due diligence.

   Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 18, 2012

*/s/ Robert Weems*
(As authorized via e-mail on 9/18/12 at 11:54 a.m.
ROBERT WEEMS
Attorney for Plaintiff

Dated: September 18, 2012

MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Lynn M. Harada*
LYNN M. HARADA
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 24, 2012

THE HONORABLE CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Stip. & Prop. Order for Extension
3:12-CV-00156-CRB                 2